UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA RIVAS,<br><br>       Plaintiff,<br><br>  -against-<br><br>MICHELLE D. SCHREIBER,<br><br>       Defendant. | 25-cv-0802 (KMW)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the June 24, 2025, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 26, 2025
     New York, New York

                    /s/ Kimba M. Wood
                     KIMBA M. WOOD
                 United States District Judge